UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEN VAKNIN,<br><br>                    Plaintiff,<br><br>     -against-<br><br>ANDREA QUARANTILLO,<br><br>                    Defendant. | 24-cv-8588 (AS)<br><br>REVISED<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Due to a scheduling conflict, the initial pretrial conference is ADJOURNED to **Wednesday, March 26** at **3 PM** in Courtroom 15A, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: March 10, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge